# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| James Drummond,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Financial Management Systems, Inc.; and<br>DOES 1-10, inclusive,<br><br>　　　　　　　　Defendant. | Civil Action No.:  8:11-cv-00741-JFM |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 6, 2011

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　By  /s/ Forrest E. Mays_____
　　　　　　　　　　　　　　　　　　　　　　Forrest E. Mays (Bar No. 07510)
　　　　　　　　　　　　　　　　　　　　　　1783 Forest Drive, Suite 109
　　　　　　　　　　　　　　　　　　　　　　Annapolis, MD  21401
　　　　　　　　　　　　　　　　　　　　　　Telephone: (410) 267-6297
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (410) 267-6234
　　　　　　　　　　　　　　　　　　　　　　Email: mayslaw@mac.com

　　　　　　　　　　　　　　　　　　　　　　Of Counsel To
　　　　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　　　　A Connecticut Law Firm
　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (877) 795-3666
　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By /s/ Forrest E. Mays

                                             Forrest E. Mays